UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RENEE KINGEN, | No. 1:25-cv-02013-GSA |
| Plaintiff, | ORDER GRANTING BRIEFING EXTENSION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties stipulate to a 30-day extension of time for Defendant's response brief, to and including May 28, 2026. However, this would hinder the Court's ability to manage its docket. Instead, a 15-day extension will be granted.

Accordingly, it is **ORDERED** that Defendant's response deadline is extended to and including May 12, 2026.

IT IS SO ORDERED.

Dated:   __**April 23, 2026**__          _____**/s/ Gary S. Austin**_____
                                        UNITED STATES MAGISTRATE JUDGE