UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RENEE KINGEN,<br><br>          Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendants. | No.  1:25-cv-2013-GSA<br><br>ORDER DIRECTING FILING OF CONSENT/DECLINE FORM |

One of the two parties in this case has neglected to file a form of consent/decline of Magistrate Judge jurisdiction as directed by the scheduling order, ECF No. 5.

Accordingly, that party is directed to file the form within 7 days of this order.

.

IT IS SO ORDERED.

Dated:    **May 6, 2026**                          **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE